# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR SERAFIN QUINONES,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>Defendants. | Case No. 3:19-CV-0120-MMD-CLB<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

On October 12, 2021, Defendants filed a motion for summary judgment (ECF Nos. 42, 44.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 43.) To date, Plaintiff has failed to file an opposition.

The Court will *sua sponte* grant Plaintiff one extension of time to **Monday, November 22, 2021** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

IT IS SO ORDERED.

DATED: November 8, 2021

_____
UNITED STATES MAGISTRATE JUDGE